**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PAUL LITTLES,                                   : No. 141 MM 2020
                                                :
                    Petitioner                  :
                                                :
                                                :
                v.                              :
                                                :
                                                :
PENNSYLVANIA BOARD OF PROBATION                 :
AND PAROLE,                                      :
                                                :
                    Respondent                  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of October, 2020, the Application for Appointment of Counsel is DENIED.